1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    MARLON PALMER,                          Case No.: 1:23-cv-00960-ADA-SKO (PC)

12                 Plaintiff,                 **ORDER VACATING FINDINGS AND
                                              RECOMMENDATIONS TO DISMISS**
13          v.                                **ACTION FOR FAILURE TO OBEY COURT
                                              ORDERS AND FAILURE TO PROSECUTE**
14    JOHN ZANONI,
                                              **ORDER DIRECTING PLAINTIFF TO**
15                 Defendant.                 **SUBMIT COMPLETED APPLICATION TO
                                              PROCEED *IN FORMA PAUPERIS* WITHIN**
16                                            **21 DAYS**

17

18          Plaintiff Marlon Palmer is proceeding pro se in this civil rights action pursuant to 42

19    U.S.C. § 1983.

20          **I.      PROCEDURAL BACKGROUND**

21          Plaintiff initiated this action by filing his complaint on June 27, 2023. (Doc. 1.) On that

22    same date, this Court issued prisoner new case documents. (Doc. 2.)

23          On June 29, 2023, the Court issued an Order directing Plaintiff to file an application to

24    proceed *in forma pauperis* ("IFP") or to pay the filing fee, within 45 days. (Doc. 3.)

25          On July 5, 2023, the United States Postal Service returned the prisoner new case

26    documents to the Court, marked "Undeliverable, Not in Custody." (*See* Docket Entry dated

27    7/5/23.)  On July 17, 2023, Plaintiff filed a Notice of Change of Address. (Doc. 4.)

28

1    On July 18, 2023, the prisoner new case documents and the Order directing Plaintiff to file

2    an IFP application or to pay the filing fee were re-served on Plaintiff to his new address of record:

3    Central Valley Annex, P.O. Box 637, McFarland, CA 93250. (*See* first Docket Entry dated

4    7/18/23.) The United States Postal Service also returned the Order directing Plaintiff to file an

5    IFP application or to pay the filing fee after it was initially served June 29, 2023; that piece of

6    mail was also marked "Undeliverable, Not in Custody." (*See* second Docket Entry dated 7/18/23.)

7    On September 7, 2023, the Court issued Findings and Recommendations to Dismiss

8    Action for Failure to Obey Court Orders and Failure to Prosecute. (Doc. 7.) The Court

9    recommended the action be dismissed without prejudice for Plaintiff's failure to pay the filing fee

10   or submit a completed IFP application as previously ordered. (*Id.* at 2-4.) Plaintiff was directed to

11   file any objections within 14 days. (*Id*. at 4-5.) On September 21, 2023, Plaintiff filed his

12   objections. (Doc. 8.)

13   **II.    DISCUSSION**

14   Plaintiff objects to the findings and recommendations to dismiss this action for his failure

15   to obey court orders and failure to prosecute. (Doc. 8.) Plaintiff contends "that the facility has not

16   delivered mail which the Court notes the dates mail was returned marked 'undeliverable,' not in

17   custody, which hinders Plaintiff knowing what the Court ordered." (*Id.*) Further, Plaintiff states

18   the "only [IFP] application Received by Plaintiff is enclosed with this motion." (*Id*.) Finally,

19   Plaintiff states he "is in the custody of which a change of address was properly submitted." (*Id*.)

20   Because Plaintiff contends he never received this Court's June 29, 2023, Order directing

21   him to submit a completed and signed IFP application, the Court will vacate its findings and

22   recommendations to dismiss this action.

23   Plaintiff will be ordered to submit a completed and signed IFP application,[1] accompanied

24   by a current certification concerning his inmate trust account.

25

26   [1] The Court has reviewed the IFP application submitted with Plaintiff's objections, filed in *Palmer v. Zanoni*, case number 1:23-cv-01004-GSA (PC). (Doc. 8 at 2-4.) However, that IFP application was

27   completed nearly 90 days ago and includes an inmate trust account statement for the period between January 1, 2023 and June 26, 2023. Plaintiff will be directed to submit an updated IFP application for this

28   action.

**III.   CONCLUSION AND ORDER**

For the reasons stated above**, IT IS HEREBY ORDERED** that:

1.  The Findings and Recommendations issued September 7, 2023 (Doc. 7) are **VACATED**;

2.  Plaintiff **SHALL** file a completed and signed IFP application **within 21 days** of the date of service of this order; and

3.  The Clerk of the Court **SHALL** provide Plaintiff with a blank IFP application.

IT IS SO ORDERED.

Dated:   **September 26, 2023**                   /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE