UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON PALMER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN ZANONI,<br><br>    Defendant. | Case No.: 1:23-cv-00960-ADA-SKO (PC)<br><br>**ORDER DENYING SECOND APPLICTION TO PROCEED** ***IN FORMA PAUPERIS*** **AS MOOT**<br><br>(Doc. 15) |

Plaintiff Marlon Palmer is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    RELEVANT PROCEDURAL BACKGROUND**

Plaintiff initiated this action by filing his complaint on June 27, 2023. (Doc. 1.) On June 29, 2023, the Court issued an Order directing Plaintiff to file an application to proceed *in forma pauperis* ("IFP") or to pay the filing fee, within 45 days. (Doc. 3.)

Following a change of address by Plaintiff and extensions of time granted by this Court, Plaintiff submitted his application to proceed IFP on October 16, 2023. (Doc. 11.)

On October 17, 2023, this Court issued its Order granting Plaintiff's IFP application and directing the California Department of Corrections and Rehabilitation to collect payments toward the statutory filing fee pursuant to 28 U.S.C. § 1915(b)(1), (2). (Doc. 14.)

On October 20, 2023, Plaintiff submitted a second application to proceed IFP. (Doc. 15.)

## II. DISCUSSION

A review of the second IFP application reveals it was signed and dated October 15, 2023. (Doc. 15.) When Plaintiff signed this second IFP application, the Court's order granting IFP had not yet issued. However, between October 15, 2023 (the date Plaintiff signed the second application) and October 20, 2023 (the date the second application was filed with the Court), the Court granted Plaintiff earlier IFP application. (*See* Doc. 14.) Thus, because the Court has already granted Plaintiff IFP status, his second IFP application is unnecessary and will be denied as moot.

## III. CONCLUSION AND ORDER

For the reasons stated above**, IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 15), filed October 20, 2023, is **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **October 24, 2023**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE