# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON PALMER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN ZANONI,<br><br>        Defendant. | Case No.: 1:23-cv-00960-KES-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE<br><br>Doc. 19 |

Plaintiff Marlon Palmer is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 8, 2024, the assigned magistrate judge issued findings and recommendations, recommending that this Court dismiss Plaintiff's complaint for failure to comply with court orders and failure to prosecute.  Doc. 19.  The findings and recommendations contained notice that any objections were to be filed within fourteen days of service.  *Id.* at 4.  Plaintiff has not filed any objections, and the time to do so has passed.  *See* docket.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is ORDERED:

1. The findings and recommendations issued on March 8, 2024 (Doc. 19) are ADOPTED IN FULL;
2. This action is DISMISSED, without prejudice, for failure to comply with court orders and failure to prosecute; and
3. The Clerk of the Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:   April 19, 2024

UNITED STATES DISTRICT JUDGE

2